1

2

HONORABLE JUDGE BENJAMIN H. SETTLE
MAGISTRATE JUDGE J. RICHARD CREATURA

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

9   WILLIAM MARTIN,

10                         Plaintiff,

11       v.

12   JEFF UTTECHT, et al.,

13                         Defendants.

NO. 3:18-cv-05929-BHS-JRC

DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED CIVIL RIGHTS COMPLAINT BY A PRISONER UNDER 42 U.S.C. § 1983

14      Defendants, JEFFREY UTTECHT, STEPHEN BOLINGER, JOSHUA CRUGER,

15   JERRY WONDERS, and SHAWNA NISSEN, through their attorneys of record, ROBERT

16   W. FERGUSON, Attorney General, and MARKO L. PAVELA, Assistant Attorney General,

17   hereby submit the following Answer to Plaintiff's Second Amended Civil Rights Complaint

18   by a Prisoner Under 42 U.S.C. § 1983 ("Complaint") at ECF No. 11. Under Fed. R. Civ. P.

19   8(b), Defendants generally deny each allegation of fact contained in Plaintiff's Complaint

20   unless the allegation of fact is expressly admitted. Defendants will not respond to legal

21   arguments contained in Plaintiff's Complaint and will deny them if it is unclear whether

22   Plaintiff is asserting a factual or legal claim.

23                          **I.      PREVIOUS LAWSUITS**

24      Defendants are without sufficient knowledge or information to admit or deny as to

25   Plaintiff's previous litigation, if there has been any, and therefore deny.

26

DEFENDANTS' ANSWER TO
PLAINTIFF'S SECOND AMENDED
CIVIL RIGHTS COMPLAINT BY A
PRISONER UNDER 42 U.S.C. § 1983
NO. NO. 3:18-cv-05929-BHS-JRC

1

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445

## II.   PLACE OF PRESENT CONFINEMENT

Defendants admit that Washington State Department of Corrections ("Department") prisons, including the Monroe Correctional Complex, where Plaintiff was previously housed, and the Airway Heights Corrections Center, where Plaintiff is currently housed, have grievance procedures available, and that Plaintiff has filed grievances that appear at least somewhat related to the facts alleged by Plaintiff in this lawsuit. Defendants deny Plaintiff has "completed" the grievance process.

## III.   PARTIES TO THIS COMPLAINT

A.     Defendants admit that William Martin, DOC 401212, is the Plaintiff in this lawsuit, but deny that Plaintiff is at the Monroe Correctional Complex, as Plaintiff has since transferred to the Airway Heights Corrections Center.

B.     Defendants admit that Jeffrey Uttecht has been named as a Defendant, and that Mr. Uttecht is the Superintendent of the Coyote Ridge Corrections Center.

C.     Defendants admit that Steven Bolinger, Jerry Wonders, Shawna Nissen, and Joshua Cruger have also been named as Defendants.

## IV.   STATEMENT OF CLAIM

Defendants deny that Plaintiff has been "targeted" for harassment by Defendants Wonders and Nissen.

Defendants deny both of the two troubling and unprofessional searches alleged by Plaintiff, and the distasteful and inappropriate commentary that Plaintiff alleges occurred during those searches as well. In particular, Defendants deny "excessively groping" the Plaintiff, and the comments Plaintiff alleges were made in regards to Plaintiff's sexual orientation.

Defendants deny showing "malice" or violating Plaintiff's 8th Amendment rights.

Defendants deny discriminating against Plaintiff in violation of Plaintiff's 14th Amendment rights.

DEFENDANTS' ANSWER TO
PLAINTIFF'S SECOND AMENDED
CIVIL RIGHTS COMPLAINT BY A
PRISONER UNDER 42 U.S.C. § 1983
NO. NO. 3:18-cv-05929-BHS-JRC

2

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445

1   Defendants deny any "misconduct" which could have violated Plaintiff's 8th, 1st, or

2   14th Amendment rights.

3   Defendants admit Plaintiff was infracted for violating WAC 137-25-030 (549),

4   Providing False Information, but that this infraction has since been overturned

5   administratively. Defendants deny any of the inappropriate statements or conduct Plaintiff

6   alleges to have occurred at the related disciplinary hearing for this infraction.

7   Defendants deny Plaintiff's lawsuit has merit, and that Plaintiff should be appointed

8   counsel.

9   Defendants deny Plaintiff is entitled to any relief in this matter.

10                      **V.      AFFIRMATIVE DEFENSES**

11   Having answered the allegations of Plaintiff's Complaint, and by way of further answer

12   and affirmative defenses, Defendants affirmatively allege:

13   1.      Plaintiff has failed to state a claim upon which relief can be granted, because

14   he has not alleged facts that rise to the level of a civil rights violation under 42 U.S.C. § 1983,

15   and because Plaintiff has failed to allege the personal participation of one or more

16   Defendants.

17   2.      Plaintiff failed to properly exhaust one or more of his claims.

18   3.      Plaintiff's claims may be barred by statutes of limitations.

19   4.      The actions of the Defendants furthered legitimate penological goals and are

20   therefore constitutional even if they infringed upon a fundamental constitutional right.

21   5.      Defendants, at all times, acted in good faith in the performance of their duties and

22   are therefore immune from suit for the matters charged in Plaintiff's Complaint.

23   6.      The Western District of Washington is an inappropriate venue for this lawsuit.

24   7.      Defendants are entitled to qualified immunity.

25   8.      Defendants reserve the right to allege additional affirmative defenses after the

26   completion of discovery.

DEFENDANTS' ANSWER TO
PLAINTIFF'S SECOND AMENDED
CIVIL RIGHTS COMPLAINT BY A
PRISONER UNDER 42 U.S.C. § 1983
NO. NO. 3:18-cv-05929-BHS-JRC

3

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445

1    Having fully answered the Plaintiff's Complaint and having stated affirmative defenses,

2   Defendants pray for judgment dismissing the Plaintiff's Complaint and action. Defendants also

3   reserve the right to request costs and reasonable attorney's fees.

4                              **VI.    JURY DEMAND**

5       Should this matter proceed to trial, Defendants demand that all issues of fact be determined

6   by a jury.

7               RESPECTFULLY SUBMITTED this 5th day of August, 2019.

8                                       ROBERT W. FERGUSON
                                        Attorney General
9

10                                      s/ Marko L. Pavela
                                        MARKO L. PAVELA, WSBA #49160
11                                      Assistant Attorney General
                                        Corrections Division
12                                      P.O. Box 40116
                                        Olympia, WA  98504-0116
13                                      (360) 586-1445
                                        MarkoP@atg.wa.gov
14

15

16

17

18

19

20

21

22

23

24

25

26

DEFENDANTS' ANSWER TO                          4           ATTORNEY GENERAL OF WASHINGTON
PLAINTIFF'S SECOND AMENDED                                          Corrections Division
CIVIL RIGHTS COMPLAINT BY A                                            PO Box 40116
PRISONER UNDER 42 U.S.C. § 1983                                  Olympia, WA 98504-0116
NO. NO. 3:18-cv-05929-BHS-JRC                                        (360) 586-1445

1                              **CERTIFICATE OF SERVICE**

2        I certify that on the date below I caused to be electronically filed the DEFENDANTS'

3 ANSWER TO PLAINTIFF'S SECOND AMENDED CIVIL RIGHTS COMPLAINT BY A

4 PRISONER UNDER 42 U.S.C. § 1983 with the Clerk of the Court using the CM/ECF system

5 which will send notification of the filing to the following CM/ECF participants:

6 WILLIAM MARTIN  DOC #401212
AIRWAY HEIGHTS CORRECTIONS CENTER

7 P.O. BOX 2049
AIRWAY HEIGHTS WA  99001-2049

8 docahccinmatefederal@doc1.wa.gov

9        I declare under penalty of perjury under the laws of the United States of America that the

10 foregoing is true and correct.

11        EXECUTED this 5th day of August, 2019, at Olympia, Washington.

12

13                             s/ Amy Jones
                              AMY JONES

14                               Legal Assistant
                              Corrections Division

15                               PO Box 40116
                              Olympia WA  98504-0116

16                               (360) 586-1445
                              AmyJ@atg.wa.gov

17

18

19

20

21

22

23

24

25

26

DEFENDANTS' ANSWER TO
PLAINTIFF'S SECOND AMENDED
CIVIL RIGHTS COMPLAINT BY A
PRISONER UNDER 42 U.S.C. § 1983
NO. NO. 3:18-cv-05929-BHS-JRC

               5

               ATTORNEY GENERAL OF WASHINGTON
                    Corrections Division
                      PO Box 40116
                  Olympia, WA 98504-0116
                    (360) 586-1445