UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIAM MARTIN,

        Plaintiff,

v.

JAY INSLEE, *et al.*,

        Defendants.

CASE NO. 3:18-cv-05929-BHS-JRC

ORDER DENYING MOTION FOR DISCOVERY

    The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States Magistrate Judge J. Richard Creatura. *See* Dkt. 2. Before the Court is plaintiff's "motion for discovery." Dkt. 28.

    Plaintiff, who is *pro se*, filed a letter with the Court that appears to request dates to depose defendants (Dkt. 28, at 1) and that he be provided with evidence to support his claims— all evidence gather in support of two investigations at Coyote Ridge Correction Center; any grievances, incident reports, or complaints against defendants; defendants' work and criminal

| 1 | histories; defendants' phone and email records; and defendants' communications on
| 2 | discriminatory media.  *See* Dkt. 12.
| 3 | Plaintiff's requests are not timely.  Plaintiff wrote his letter with his discovery requests a
| 4 | mere three days before the discovery cutoff, and his motion was filed just two days before the
| 5 | cutoff.  *See* Dkt. 28.  Pursuant to the Court's pretrial scheduling order, all discovery—including
| 6 | the service of responses to requests to produce and the taking of depositions—was to be
| 7 | *completed* by the discovery cutoff date.  *See* Dkt. 24, at 1; *accord Tate v. United States*, No.
| 8 | CV159323FMOJPRX, 2017 WL 10543551, at *2 (C.D. Cal. Apr. 24, 2017) (to be timely, a
| 9 | deposition must be scheduled before a discovery cutoff).
| 10 | Plaintiff did not request an extension of the discovery cutoff before it expired and has not
| 11 | provided good cause for additional time under the Local Rules.  *See* Local Civil Rule 16(b)(6)
| 12 | ("Mere failure to complete discovery within the time allowed does not constitute good cause for
| 13 | an extension or continuance.").  To the extent that he is making a belated request to extend the
| 14 | discovery cutoff, his request is denied.
| 15 | Plaintiff's motion for discovery (Dkt. 28) is denied.
| 16 | Dated this 25th day of March, 2020.

_____
J. Richard Creatura
United States Magistrate Judge