HONORABLE JUDGE BENJAMIN H. SETTLE
MAGISTRATE JUDGE J. RICHARD CREATURA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIAM MARTIN,

    Plaintiff,

v.

JEFF UTTECHT, et al.,

    Defendants.

NO. 3:18-cv-05929-BHS-JRC

DEFENDANTS' REPLY TO PLAINTIFF'S RESPONSE TO THEIR MOTION FOR SUMMARY JUDGMENT

NOTE ON MOTION CALENDAR: April 3, 2020

## I.  REPLY

**A.  Video Evidence Confirms Wonders' Pat Searches of Martin Were Objectively Brief, Appropriate, and Routine**

Martin's litigation is the continuation of a series of allegations that led the Department to conduct three separate PREA investigations, each of which determined Martin's allegations to be unfounded. Dkt. No. 37, Declaration of Stephen Bolinger (Bolinger Decl.) ¶¶ 9–12, 15–16.

The second of these investigations focused on Martin's claim that Jerry Wonders groped Martin during a pat search on September 6, 2018. Dkt. No. 36, Declaration of Marko Pavela (Pavela Decl.) Exhibit 3; Bolinger Decl. ¶ 12. In conducting this investigation, the Department reviewed surveillance video of the exact pat search where Martin accused Wonders of groping Martin. Bolinger Decl. Exhibit 4. Not only did the video exonerate Wonders internally of any inappropriate groping, but also led to an observation that "if any

DEFENDANTS' REPLY TO PLAINTIFF'S RESPONSE TO THEIR MOTION FOR SUMMARY JUDGMENT
NO. 3:18-cv-05929-BHS-JRC

1

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445

scrutiny could be made, [these pat searches] were not as thorough as they might have been." Dkt. No. 38, Declaration of Joshua Cruger (Cruger Decl.) Ex. 1.

Because the accusation against Wonders was so demonstrably false, Martin was infracted for providing false information during a sexual misconduct investigation. Bolinger Decl. ¶ 14. Such an action is a rare response from the Department, reserved for only the most obvious instances of lying to investigators. *Id.*

This same video has now been put before the Court, and Martin has had a chance to review it as well. Pavela Decl. ¶ 15; Second Declaration of Marko Pavela ¶ 3. Through response, Martin maintains this video captures "sexually inappropriate behavior." Dkt. No. 40, at 6. Defendants submit that review of this video will allow the Court to determine that Wonders' pat searches of Martin were objectively brief, appropriate, and routine; and that Martin's bare accusations are not the type of evidence that would allow Martin's claims of "groping" to survive summary judgment here. *See Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 249 (1986) ("[T]here is no issue for trial unless there is sufficient evidence favoring the nonmoving party for a jury to return a verdict for that party." (citation omitted)).

**B.    The Remainder of Martin's Claims, Even Viewed in the Light Most Favorable to Martin, are Insufficient to Survive Summary Judgment**

The remainder of Martin's response is dedicated to either accusing the Defendants of lying about insulting Martin, or of participating in a conspiracy to fraudulently document various encounters between Martin and staff. But, and as argued previously, name calling, even if this had occurred, is not enough to invoke the Constitution. *Somers v. Thurman*, 109 F.3d 614, 624 (9th Cir. 1997) *cert. denied*, 522 U.S. 852 (1997). As to Martin's conclusory allegations of fraud, such bare claims are insufficient to create the genuine issues of material fact Martin's lawsuit requires to survive summary judgment here.

///

///

DEFENDANTS' REPLY TO
PLAINTIFF'S RESPONSE TO THEIR
MOTION FOR SUMMARY JUDGMENT
NO. 3:18-cv-05929-BHS-JRC

2

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445

*Lujan v. Nat'l Wildlife Fed'n*, 497 U.S. 871, 888 (1990); *see also Ashcroft v. Iqbal,* 556 U.S. 662, 678 (2009) (Articulating the standard for pleading under Rule 8, the Court holds a Plaintiff must provide "more than an unadorned, the-defendant-unlawfully-harmed-me accusation.").

## II. CONCLUSION

In spite of video evidence demonstrating that Wonders' pat searches of Martin were objectively brief, appropriate, and routine, Martin has doubled down on false accusations against the Defendants. Accordingly, Defendants once again request dismissal of Martin's claims against them, with prejudice.

RESPECTFULLY SUBMITTED this 25th day of March, 2020.

> ROBERT W. FERGUSON
> Attorney General
>
> *s/ Marko L. Pavela*
> MARKO L. PAVELA, WSBA #49160
> Assistant Attorney General
> Corrections Division
> P.O. Box 40116, Olympia, WA 98504-0116
> 360-586-1445
> Marko.Pavela@atg.wa.gov

DEFENDANTS' REPLY TO PLAINTIFF'S RESPONSE TO THEIR MOTION FOR SUMMARY JUDGMENT NO. 3:18-cv-05929-BHS-JRC

3

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445