HONORABLE JUDGE BENJAMIN H. SETTLE
MAGISTRATE JUDGE J. RICHARD CREATURA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM MARTIN,<br><br>            Plaintiff,<br><br>    v.<br><br>JEFF UTTECHT, et al.,<br><br>            Defendants. | NO. 3:18-cv-05929-BHS-JRC<br><br>DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTIONS FOR A STAY |

Defendants, through their attorneys, hereby respond to Plaintiff's motions requesting an extension of time, construed as requests for a stay in proceedings, at Dkt. Nos. 41 and 43.

## I.     RESPONSE

Defendants do not stipulate to Plaintiff's facts[1]. Nor does it appear Plaintiff would be prejudiced by this matter continuing, with the dispositive motion deadline passed[2], and with Plaintiff already having responded to Defendants' motion for summary judgment. *See* Dkt. Nos. 40 and 42. Further, as it relates to the COVID-19 epidemic, the Court already appears to be managing scheduling through issue of General Orders.

---

[1] The Washington State Department of Corrections is providing the public with information related to its preparation for, and response to, the COVID-19 pandemic at https://www.doc.wa.gov/news/covid-19.htm.

[2] The dispositive motion deadline was on March 6, 2020, there appears to be no other deadlines currently in place in this matter. Dkt. No. 24.

DEFENDANTS' RESPONSE TO
PLAINTIFF'S MOTIONS FOR A STAY
NO. 3:18-cv-05929-BHS-JRC

1

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445

At the same time, Defendants concede they would be unlikely to suffer any measurable prejudice through a modest delay here. Defendants are therefore amenable to any stay, delay, or extension of time the Court believed to be reasonable.

## II.     CONCLUSION

Defendants submit that any stay or extension of time would be best managed through the Court's General Orders related to the COVID-19 epidemic. But should the Court believe this matter deserves additional scheduling management beyond what is covered by General Orders, Defendants would not oppose any reasonable delay in the proceedings here, should Plaintiff's lawsuit continue past summary judgment.

RESPECTFULLY SUBMITTED this 25th day of March 2020.

ROBERT W. FERGUSON
Attorney General

*s/ Marko L. Pavela*
MARKO L. PAVELA, WSBA #49160
Assistant Attorney General
Corrections Division
P.O. Box 40116
Olympia, WA  98504-0116
360-586-1445
Marko.Pavela@atg.wa.gov

DEFENDANTS' RESPONSE TO
PLAINTIFF'S MOTIONS FOR A STAY
NO. 3:18-cv-05929-BHS-JRC

2

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445