Case Number 3:18-cv-05929-BHS-JRC

Since I last filed on this case my callout schedule has been altered by staff without any real or imagined peneological interest or objective achieved. Today, 4/14/2020, I was moved to another cell, once again achieving no real or imagined peneological objective or interest, after filing this with the court I'm going to be infracted and placed in Segregation for a cell assignment refusal because of my concerns for my own safety.

If this escalating pattern after my last filing isnt strait forward retaliation, then I will be very concerned with this courts agenda. I hope that I don't need to be assaulted or worse by staff before the court takes my concern seriously. Does this court require me to be another Farmer v. Brennen?

Please I beg this court not to ignore my pleas, this isn't some game you're playing, this is a living breathing human being's life, gambling on someones life, with the history of DOC is wrong. I'm not who the defence portreys me as, all I want is to be free of harassment and physical harm, and to make it safely home to my family, where I'll be far away from people like the defence.

Submitted this 14th day of April, 2020
Signed *Lillian Martin*
Lillian R. A. Martin

page 1